IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR332 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LORA KEMPTAR, | ) | |
| Defendant. | ) | |

The defendant, by and through her counsel of record, Michael J. Tasset, has moved the Court to allow the defendant to extend her reporting date to the Bureau of Prisons. Filing No. 43. For good cause shown, the Court shall extend the defendant's reporting date to November 1, 2005.

**IT IS HEREBY ORDERED** that the defendant's motion to extend date, Filing No. 43, is granted, and the defendant shall report to the facility designated by the Bureau of Prisons on **November 1, 2005.**

DATED this 31st day of August, 2005.

BY THE COURT:

s/Joseph F. Bataillon
**JOSEPH F. BATAILLON, JUDGE**
**UNITED STATES DISTRICT COURT**