IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR332 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LORA KEMPTAR, | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's motion for Rule 35(b) hearing. Filing No. 48.  Having considered the matter,

IT IS ORDERED that:

1.  A hearing on the government's motion pursuant to Rule 35(b) has been scheduled before the undersigned United States district judge on **February 3, 2006, at 8:30 a.m.** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska;

2.  Defense counsel is reappointed to represent the defendant at this hearing;

3.  At the request of the defendant through her counsel, and with the agreement of the government, the defendant may be absent from the hearing on the Rule 35 motion;

**4.  The Marshal is directed not to return the defendant to the district; and**

5.  The defendant is held to have waived her right to be present for this hearing.

DATED this 20th day of January, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE